JOHN J. HALLIGAN, Respondent, *v.* JACOB PORTE, Appellant.

(Argued October 24, 1929; decided November 19, 1929.)

*Irving Lemov* and *Samuel Juster* for appellant.

*Charles R. Weeks, Thomas R. Fay* and *George A. Gibson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.